UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES O. ANDERSON,<br><br>    Petitioner<br><br> v.<br><br>WARDEN ARVIZA,<br><br>    Respondent. | CIVIL ACTION NO. 3:24-CV-00477<br><br>(MEHALCHICK, J.) |

**ORDER**

AND NOW, this 10th day of July, 2024, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the petition for writ of habeas corpus is **DISMISSED** (Doc. 1) and the Clerk of Court is directed to **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**